UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> JESSE ROBLEDO, </br></br> Defendant. | NO: MJ-07-4127-01 </br></br> ORDER GRANTING MOTION AND DISMISSING COMPLAINT AND WARRANT |

Before the court is the government's Motion to Dismiss the Criminal Complaint and quash the Arrest Warrant.

Having reviewed the record and finding that good cause exists,

**IT IS HEREBY ORDERED** that the government's Motion to Dismiss the Criminal Complaint and quash the Arrest Warrant **(Ct. Rec. 4)** is **GRANTED**.

DATED November 19, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order